# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| WORLDWIDE OPTION LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BIGBOY INVESTMENT PARTNERSHIP LLC and SUPERIOR TRANSPORTATION ASSOCIATES, INC.,<br><br>    Defendant. | Case No.  8:22-cv-1972-CJC (KESx)<br><br>Hon. Cormac J. Carney<br><br>**ORDER AND JUDGMENT DISMISSING ALL CLAIMS WITH PREJUDICE** |

11485574v1/017664

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. Based upon the Stipulation of Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, all claims are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 15, 2023

Hon. Cormac J. Carney
United States District Judge

11485574v1/017664

1